388 A.2d 682

W. Crawford **MURDOCK**, Appellant,

v.

Larry S. **SHAFFNER**, Appellee.

Supreme Court of Pennsylvania.

Argued May 4, 1978.

Decided July 14, 1978.

John J. Krafsig, Jr., Harrisburg, for appellant.

McNees, Wallace & Nurick, G. Thomas Miller, David E. Lehman, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM:

Order affirmed.